IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAUTIVENTURES INTERNATIONAL, LLC, a California limited liability company, and BEAUTY ENCOUNTER, INC., a California corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTER BRANDS, LLC, a Delaware limited liability company, and COUNTER BRANDS, INC., a Delaware corporation,<br><br>        Defendants. | Civil Action No.<br>8:18-cv-00567 AG (DFMx)<br><br>**ORDER GRANTING EX PARTE MOTION TO SEAL PLAINTIFFS' COMPLAINT**<br><br>Hon. Andrew J. Guilford |

1  Having considered Plaintiffs Beautiventures International, LLC and Beauty
2  Encounter, Inc. (collectively "Plaintiffs") *Ex Parte* Motion to Seal the Complaint
3  (Dkt. # 1), and the Declaration of Nital Scott, the Court GRANTS the Application.
4  The following document is hereby ORDERED SEALED by the Clerk's offic:

| No. | Description |
|---|---|
| 1 | Complaint (Dkt. # 1) |

**IT IS SO ORDERED.**

Dated: April 11, 2018

Honorable Andrew J. Guilford

-1-