JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BEAUTIVENTURES INTERNATIONAL, LLC, a California limited liability company, and BEAUTY ENCOUNTER, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTER BRANDS, LLC, a Delaware limited liability company, and COUNTER BRANDS, INC., a Delaware corporation,<br><br>Defendants. | Civil Action No. SACV 18-00567 AG(KESx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Andrew J. Guilford |

| | |
|---|---|
| 1 | Pursuant to the stipulation of Plaintiffs Beautiventures International, LLC and Beauty Encounter, Inc., and Defendants Counter Brands, LLC and Counter Brands, Inc., through their counsel of record, and for good cause, IT IS HEREBY ORDERED THAT: |

Pursuant to the stipulation of Plaintiffs Beautiventures International, LLC and Beauty Encounter, Inc., and Defendants Counter Brands, LLC and Counter Brands, Inc., through their counsel of record, and for good cause, IT IS HEREBY ORDERED THAT:

This action is hereby dismissed with prejudice of all claims asserted.

**IT IS SO ORDERED.**

Dated: May 24, 2019

Honorable Andrew J. Guilford
United States District Judge

-1-